1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    EVERETT McCOY,                          )
                                              )
12              Plaintiff(s),                 )        No C 03-3135 VRW (PR)
                                              )
13       v.                                   )        ORDER
                                              )
14    M COX, et al,                           )
                                              )
15              Defendant(s).                 )
      _____        )

16

17          Per order filed on November 15, 2004, the court granted defendants'

18    motion to dismiss plaintiff's action for failure to exhaust available administrative

19    remedies under 42 USC § 1997e(a) as to all claims before filing suit.  The court

20    found that although the complaint contains five distinct claims – (1) Correctional

21    Officer M Cox filed a false disciplinary report against plaintiff in retaliation for

22    plaintiff complaining to Cox's supervisor; (2) Correctional Lieutenant R J Bass

23    violated plaintiff's due process rights at the hearing on the disciplinary report; (3)

24    Chief Deputy Warden E J Caden and CDC Chief of Inmate Appeals N Grannis

25    violated plaintiff's due process rights in their responses to his appeal of his guilty

26    finding; (4) Warden A A Lamarque failed to train staff adequately regarding

27    handling of inmates in mental health program; and (5) Bass imposed excessive

28    punishment after finding plaintiff guilty – plaintiff exhausted available

1  administrative remedies with respect to only one of these claims, claim (2).

2  Pursuant to the law of a majority of the circuits at the time, the court dismissed

3  the entire action without prejudice and instructed plaintiff that he could refile his

4  complaint after exhausting California's prison administrative process as to all

5  claims or, alternatively, file a new complaint containing only exhausted claims.

6  Plaintiff appealed.

7  Per order filed on February 28, 2007, the Ninth Circuit vacated the order

8  of dismissal and remanded for reconsideration in light of Jones v Bock, 127 S Ct

9  910 (2007).  In Jones, the Supreme Court resolved a split in the circuits by

10  holding that an inmate's compliance with the exhaustion requirement as to some,

11  but not all, claims does not warrant dismissal of the entire action.  See 127 S Ct at

12  925-26.   The court instead should dismiss the unexhausted claims and permit the

13  inmate to proceed with the exhausted ones.  See id.

14  In light of Jones, claims (1), (3), (4) and (5) are dismissed because none of

15  them were exhausted prior to the filing of this action.  See also Vaden v

16  Summerhill, 449 F3d 1047, 1051 (9th Cir 2006) (exhaustion must be satisfied

17  prior to filing). This action may proceed with respect to claim (2) only.

18  In order to expedite these proceedings, defendants shall file a motion for

19  summary judgment, or other dispositive motion, within 90 days of this order.

20  Plaintiff shall file an opposition, or notice of non-opposition, within 30 days of

21  receiving defendants' motion, and defendants shall file a reply to any opposition

22  within 15 days of receiving a copy of the opposition.

23  SO ORDERED.

24

25  VAUGHN R WALKER
   United States District Chief Judge

26

G:\PRO-SE\VRW\CR.03\McCoy1.or4.wpd

27

28  2